HARTZ, Circuit Judge,
concurring and dissenting.
Before us are two appeals. In one, No. 06-6216, the Hampel-Swaya plaintiffs appeal the dismissal of their claims for lack of standing. I join Judge Ebel’s opinion affirming that they lack standing.
In the other appeal, No. 06-6213, the Oklahoma State Department of Health (OSDH) appeals the district court’s judgment against it. OSDH named as appel-lees the Finstuen-Magro plaintiffs and the Doel plaintiffs. The Finstuen-Magro plaintiffs, however, have no dispute with the OSDH. Their claims were against the Governor and Attorney General, who have not appealed. As the joint answer brief filed on behalf of the Finstuen-Magro plaintiffs and the Doel plaintiffs states: “Heather Finstuen and Anne Magro did not request any relief of the Commissioner or the Department....” Ans. Br. at 25 n. 10. Therefore, although I would set aside the district court’s order requiring OSDH to issue birth certificates for their children (an action they do not oppose on appeal, see id.), I see nothing to address in this *1157 appeal regarding their standing, mootness, or the merits.
That leaves only the claims by the Doel plaintiffs. I agree with the panel majority that the Doel plaintiffs have Article III standing and that the appeal with respect to them is not moot. As for the merits, however, I see no need to address the constitutional issues. The OSDH concedes in its brief that the statute challenged by the Doel plaintiffs does not preclude issuance of the birth certificates that they seek. Although the OSDH bases that view on its construction of the statute rather than on an agreement with the plaintiffs’ constitutional arguments, I see no reason not to accept that concession for this appeal. In light of that concession, the only argument of OSDH for setting aside the district court’s judgment is that other statutes prohibit issuance of the birth certificate. But OSDH did not raise that argument in district court, so we need not and should not consider it on appeal. Accordingly, we should affirm the judgment of the district court with respect to the Doel plaintiffs’ claims against the OSDH.